1048

[No. 32020-1-III. Division Three. April 9, 2015.]

THE COLLECTION GROUP, LLC, *Respondent*, v. DAVID R. COOK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04075-3, Michael P. Price, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 69273-9-I. Division One. April 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GORDON SHAVER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07827-9, Barbara Linde, J., entered August 3, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 70442-7-I. Division One. April 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN PANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00473-0, Beth M. Andrus, J., entered April 19, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70497-4-I. Division One. April 13, 2015.]

UNION BANK, N.A., *as Successor-in-Interest, Appellant*, v. F.R. MCABEE, INCORPORATED, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-12590-2, Ken Schubert, J., entered May 16 and July 17, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.